IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERIC B. FENNE,

                                                 ORDER

                 Petitioner,

                                            13-cv-485-bbc

    v.

LIZZIE A. TEGELS,

                 Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on August 27, 2013, I directed petitioner Eric Fenne to advise the court whether he wished to pursue this case, and if he did, to explain why he has a claim to further correction of his state court conviction in case 2011CF000105. I gave petitioner until September 10, 2013, in which to address matters explained in the August 27 order. I warned petitioner that his failure to respond to the court's order would result in dismissal of his habeas petition. On September 4, 2013, petitioner's copy of the order was returned as undeliverable. Clerk's office staff contacted petitioner's probation officer, who provided the court petitioner's new mailing address. The order was re-sent to petitioner on September 13, 2013. It is now October 10, 2013, and petitioner has not responded to the court's order.

      Accordingly, IT IS ORDERED that the petition for a writ of habeas corpus filed by Eric B. Fenne is DISMISSED. The clerk of court is directed to enter judgment and close this case.

      Entered this 15th day of October, 2013.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge