IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC B. FENNE,

    Petitioner,                                 JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 13-cv-485-bbc

LIZZIE TEGELS,

    Respondent.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Eric B. Fenne for a writ of habeas corpus under 28 U.S.C. § 2254.

/s/                                                  10/15/2013

Peter Oppeneer, Clerk of Court                 Date